**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ADRIAN GUY; GABRIELLE GUY;  PLAINTIFFS
and ESTELLA GUY

v.   No. 3:13CV00229 JLH

STATE FARM AUTOMOBILE
INSURANCE COMPANY; and
WELLS FARGO BANK, N.A.   DEFENDANTS

## ORDER

Pursuant to the Opinion entered separately today, the Court orders the Clerk to remand this action to the Circuit Court of Crittenden County, Arkansas.

IT IS SO ORDERED this 12th day of December, 2013.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE